PATRICK TREACY, Plaintiff, *v.* ANTHONY ELLIS et al., Defendants.

RAPHAEL J. MOSES, Appellant; CHARLES E. SCHAFFNER, et al., Respondents.

*Treacy* v. *Ellis*, 45 App. Div. 492, appeal dismissed.

(Argued February 26, 1900; decided March 6, 1900.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered December 13, 1899, affirming an order granting the application of the respondents herein for the distribution of certain funds in the hands of the chamberlain of the city of New York, and denying the application of appellant to set aside the transfer to respondent Schaffner by the receiver of the Grand Central Bank, and to distribute said fund to the stockholders of said bank.

The motion was made on the grounds that the appeal cannot be taken as of right to the Court of Appeals, the order appealed from not being one finally determining an action or special proceeding, nor one granting a new trial on exceptions, nor has the Appellate Division allowed said appeal nor certified that questions of law have arisen which should be reviewed by this court.

*William J. Leitch* for motion.

*Henry B. Heylman* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs.